O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8104 AHM (MANx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST COMPANY v. LOUIS E. BROWN III | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**       IN CHAMBERS (No Proceedings Held)


     Defendant Louis E. Brown III filed a Notice of Removal ("NOR") on November 5, 2009. According to the date stamp on the Summons attached to the NOR, Plaintiff Deutsche Bank National Trust Company, as Trustee for FFMLT 2006-FF13 filed this action for unlawful detainer/eviction in the Los Angeles Superior Court on January 26, 2009.[1] According to the docket record—also attached to the NOR—Plaintiff attempted service on Defendant several times, but Defendant was served at least by July 30, 2009. A "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . . or within thirty days after the service of the summons . . . ." 28 U.S.C. § 1446(b). *See, e.g.*, *Teitelbaum v. Soloski*, 843 F.Supp. 614, 615 (C.D. Cal. 1994).

     Not only had Defendant been served with the Complaint more than 30 days before his NOR, but judgment has already been entered in the state court suit, according to the docket record attached to the NOR.

     The Court therefore ORDERS Defendant to SHOW CAUSE in writing by not later than November 24, 2009 why this Court should exercise jurisdiction given the strong

---

[1] Defendant has also failed to attach the Complaint to the NOR as required; he has merely attached the cover sheet and supporting exhibits. *See* William W. Schwarzer, et al., *California Practice Guide: Federal Civil Procedure Before Trial* (2008) § 2:983. Thus, the Court has been unable to determine whether federal question jurisdiction exists under 28 U.S.C. § 1331.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8104 AHM (MANx) | Date | November 9, 2009 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST COMPANY v. LOUIS E. BROWN III | | |

likelihood that the NOR was untimely.  Defendant must include in his response copies of the Complaint and any orders in the state proceeding.

:

Initials of Preparer