O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8104 AHM (MANx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST COMPANY v. LOUIS E. BROWN III | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On November 9, 2009, this Court issued an Order to Show Cause ("OSC") by November 24, 2009 why this case should not be remanded for lack of removal jurisdiction due to untimely removal. On November 25, 2009 Defendant Louis E. Brown III filed a First Amended Notice of Removal ("FANOR"), including a response to the OSC. In his response, Defendant asserts that the service by posting that the docket record indicates occurred on April 1-2, 2009 was invalid. However, Defendant never challenges the validity of the service that the docket indicates occurred on July 30, 2009. This was still more than 30 days before Defendant filed his original Notice of Removal on November 5, 2009. A "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . . or within thirty days after the service of the summons . . . ." 28 U.S.C. § 1446(b). *See, e.g.*, *Teitelbaum v. Soloski*, 843 F.Supp. 614, 615 (C.D. Cal. 1994).

Not only had Defendant been served with the Complaint more than 30 days before his NOR, but judgment has already been entered in the state court suit, according to the docket record attached to the NOR.

The Court therefore REMANDS the proceeding to the Superior Court for the County of Los Angeles for lack of removal jurisdiction.

                                                                                      _____ : _____

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8104 AHM (MANx) | Date | December 18, 2009 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST COMPANY v. LOUIS E. BROWN III | | |

| | Initials of Preparer | SMO |
|---|---|---|

**JS-6**